No. 73–203. EISEN *v.* CARLISLE & JACQUELIN ET AL. C. A. 2d Cir. [Certiorari granted, *ante,* p. 908.] Motions of Southern California Edison Co. and American College of Trial Lawyers for leave to file briefs as *amici curiae* granted.

No. 73–312. LIBERTY MUTUAL INSURANCE Co. *v.* DREW. C. A. 5th Cir. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 73–434. MILLIKEN, GOVERNOR OF MICHIGAN, ET AL. *v.* BRADLEY ET AL;

No. 73–435. ALLEN PARK PUBLIC SCHOOLS ET AL. *v.* BRADLEY ET AL.; and

No. 73–436. GROSSE POINTE PUBLIC SCHOOL SYSTEM *v.* BRADLEY ET AL. C. A. 6th Cir. [Certiorari granted, *ante,* p. 1038.] Motions of Bloomfield Hills School District et al., School Town of Speedway, Indiana, et al., and Jewish Rights Council for leave to file briefs as *amici curiae* granted.

No. 73–487. BREWER *v.* UNITED STATES. C. A. 10th Cir. Motion to dispense with printing petition denied with leave to file printed petition in conformity with Rule 39 of the Rules of this Court on or before January 22, 1974.

No. 73–705. BARON *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES. Ct. App. Cal., 2d App. Dist. Motion to dispense with printing petition denied with leave to file printed petition in conformity with Rule 39 of the Rules of this Court on or before January 22, 1974.